# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-1411**  September Term, 2016

NLRB-14CA145064

Filed On: January 17, 2017 [1656130]

Component Bar Products, Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 17-1011

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Amanda Harris
Deputy Clerk